# RICHARD PALMA
ATTORNEY AT LAW
11 PARK PLACE - SUITE 1715
NEW YORK, NEW YORK 10007

**MEMBER OF THE BAR**  
**NEW YORK & FLORIDA**

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL: **rpalma@verizon.net**

April 15, 2016

**ECF Filed**

Hon. Chief Judge Carol B. Amon, U.S.D.J.
United States Courthouse for E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re: U.S. v. Duque-Aristizabal, et al., inlcluding John Jairo Hincapie-Ramirez**
        **Dkt. No. 15 CR. 81 (CBA)**
        **Notice of Change of Address of Attorney of Record for Hincapie-Ramirez**

Dear Chief Judge Amon:

    Please be advised that I am the attorney of record for Mr. John Jairo Hincapie-Ramirez, defendant No. 3 in the above named indictment. I bring to the Court's attention that my new business address is;

        Richard Palma
        Attorney At Law
        11 Park Place, Suite 1715
        New York, NY 10007

Please have the Clerk of Court reflect this change in the Docket Report which shows my old business address of 381 Park Avenue South, Suite 701, New York, N.Y. 10016.

    Thank you.

                        Respectfully submitted,

                        s/ Richard Palma

                        Richard Palma Bar No. rp 4441